JS - 6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| Robert J. Shannon, | ) | SACV 18-01225 JVS (KESx) |
| --- | --- | --- |
| Plaintiff, | ) | ORDER OF DISMISSAL UPON SETTLEMENT OF CASE |
| v. | ) | |
| Direct Recovery Services, LLC, | ) | |
| Defendant(s). | ) | |

The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 75 days</u>, to reopen the action if settlement is not consummated.

DATED: September 20, 2018

_____
James V. Selna
United States District Judge